# EXHIBIT "B"

Providing Insurance and Financial Services
Home Office, Bloomington, IL



June 3, 2022

DUMAR JAMAL COMBS
C/O GAMBURG & BENEDETTO
ATTN: ROBERT GAMBURG
1500 JFK BLVD STE 1203
PHILADELPHIA PA 19102

State Farm Insurance Companies
Enterprise SIU
PO Box 52257
Phoenix, AZ 85072-2257

**REGULAR MAIL & CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

RE:  Our Claim Number:   38-24X3-13R
     Policy Number:      38-GA-B505-3
     Policy Form:        FP 7940.2 Personal Articles Policy
     Our Insured:        Dumar Jamal Combs
     Date of Loss:       September 17, 2021

Dear Mr. Combs:

Based upon the totality of our investigation, this is notice to you that State Farm Fire and Casualty Company hereby denies your Personal Articles claim(s) and any and all claims presented to this referenced policy of insurance.

Our investigation reveals:
- The items scheduled which were reportedly stolen were contained in luggage with contraband which is specifically excluded under this policy.

Please refer to the following policy terms which state:

### LOSSES INSURED AND LOSSES NOT INSURED

We insure for accidental direct physical loss or damage to the property covered except loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event which contributes concurrently or in any sequence to the loss or damage.

4.   Risks of contraband, illegal transportation or trade.

GAMBURG & BENEDETTO
ATTN: ROBERT GAMBURG
38-24X3-13R
Page 2
June 3, 2022

Please be advised that by issuing this letter, State Farm Fire and Casualty Company does not admit liability under the policy of insurance, and reserves its rights to assert any and all defenses pursuant to the policy of insurance, the insurance law, or any other laws within the State of Pennsylvania regarding this claim.

Neither this letter, nor any other communication should be construed as a waiver of any right or policy condition.

Please refer to the following policy Condition;

9.  **Suit Against Us**. No action will be brought unless:

    a. there has been compliance with the policy provisions; and

    b. the loss has become payable as specified in the **CONDITION** entitled "**Loss Payment**".

    Any action must be started within one year after the occurrence causing loss or damage.

If you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

Suzanne Kaigler *Digitally signed by Suzanne Kaigler Date: 2022.06.03 09:09:51 -04'00'*

Suzanne D Kaigler
Special Investigative Unit
State Farm Fire and Casualty Company
800 331 1169 ext 7703905342

Cc: Michael Gerstein, Bennett Bricklin & Saltzburg
    Dumar Jamal Combs