IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUMAR JAMAL COMBS | : | |
| | : | CIVIL ACTION NO: 22-2987 |
| vs. | : | |
| | : | |
| STATE FARM FIRE AND CASUALTY COMPANY | : | Jury Trial of 12 Demanded |

## CERTIFICATE OF SERVICE

I, Yolanda Konopacka DeSipio, being duly sworn according to law, state that I am an attorney with the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant, State Farm Fire and Casualty Company, and that a true and correct copy of the Answer with Affirmative Defenses was filed electronically and is available for viewing and downloading from the Electronic Case filing system, which constitutes service upon the following counsel of record:

> Daniel J. Auerbach, Esquire
> Gamburg & Benedetto LLC
> 1500 JFK Blvd., Suite 1203
> Philadelphia, Pa 19102

BY:    YKD/5461
YOLANDA KONOPACKA DESIPIO, ESQUIRE
BENNETT, BRICKLIN & SALTZBURG LLC
Attorneys for Defendant
Attorney ID Nos: 62170
960 Harvest Drive. Building B, Suite 100
Blue Bell, PA 19422
(267) 654-1100

Date: August 12, 2022

12