# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUMAR JAMAL COMBS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **STATE FARM FIRE AND** | : | |
| **CASUALTY COMPANY** | : | **NO. 22-2987** |

## ORDER

**NOW**, this 30th day of August, 2022, it is **ORDERED** that the pretrial conference scheduled for September 13, 2022, at 9:00 a.m., is **RESCHEDULED** to **Tuesday, September 13, 2022, at <u>8:30 a.m.</u>,** in Chambers, Room 9400 United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

<u>/s/ TIMOTHY J. SAVAGE J.</u>